UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21097-COOKE/O'SULLIVAN

SAAHEEM M. VALDERY, *also known
as Sahbabii*,

    Plaintiff,

vs.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    THIS MATTER is before me on the Report and Recommendation ("R&R") of the Honorable John J. O'Sullivan, Chief U.S. Magistrate Judge, ECF No. 28, regarding Plaintiff Joseph Saaheem M. Valdery's *ex parte* motion for preliminary injunctive relief, ECF No. 4.

    In his R&R, Judge O'Sullivan recommends that I grant the preliminary injunction. *See* ECF No. 4 at 6–8 (specifying injunctive relief to be granted). The parties have not filed objections to the R&R, and the time to do so has passed.

    I have reviewed Plaintiff's motion, the briefing and accompanying exhibits, Judge O'Sullivan's R&R, the record, and the relevant legal authorities. Having done so, I find Judge O'Sullivan's R&R to be clear, cogent, and compelling.

    Accordingly, Judge O'Sullivan's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the preliminary injunction is **GRANTED**.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 11th day of June 2021.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*